[No. 67723-3-I. Division One. March 18, 2013.]

LARRY ALMO ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-03738-1, Carol A. Schapira, J., entered September 6, 2011. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 67727-6-I. Division One. March 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC LEE LOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01378-9, Anita L. Farris, J., entered August 24, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Lau, JJ.

[No. 67779-9-I. Division One. March 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN PABLO GIRON-CLAROS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10305-4, Mary Yu, J., entered September 16, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.

[No. 67827-2-I. Division One. March 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DATHAN JUDE McCRARY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10307-1, Palmer Robinson, J., entered October 18, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Dwyer, JJ.